In the Matter of the Estate of PHILIP H. NEHER, Deceased.
THE NATIONAL BANK OF TROY, Appellant; JAMES H. CARPENTER, as Executor, Respondent.

*Matter of Neher*, 128 App. Div. 882, affirmed.
(Submitted November 8, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 21, 1908, which affirmed an order of the Rensselaer County Surrogate's Court dismissing a petition under section 2722 of the Code of Civil Procedure for an order directing the payment of an alleged claim.

*Samuel Foster* and *B. E. De Groot* for appellant.

*William C. Gordon* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.